NO. 07-06-0279-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 20, 2007
_____

IN THE INTEREST OF A. N. B., A CHILD
_____

FROM THE 349TH DISTRICT COURT OF ANDERSON COUNTY;

NO. 349-5615; HONORABLE PAM FOSTER FLETCHER, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ORDER**

Appellant, Sheila K. Barnes, appeals an order allowing appellant's attorney to withdraw.

Currently pending in the United States Bankruptcy Court for the Northern District of Texas (Abilene), #03-10337-rlj13, is a bankruptcy proceeding wherein appellant is the debtor.

Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. For administrative purposes, the appeal is removed from the docket and abated. Any documents filed subsequent to the bankruptcy petition will remain pending

until the appeal is reinstated.  The appeal will be reinstated upon proper showing from the

United States Bankruptcy Court for the Northern District of Texas that the stay has been

lifted and a request for specific action by this Court.  TEX. R. APP. P. 8.3(a).

   Accordingly, the appeal is abated.


                              Per Curiam